AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| TM BRANDS, LLC, a Florida limited liability company,<br><br>*Plaintiff(s)*<br>v.<br><br>CASA DIMITRI CORP. d/b/a DIMITRI & CO., a Florida corporation; DIMITRI & COMPANY EYE WEAR, INC., a Florida Corporation; DIMITRI LAMPRU, individually<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 16-cv-20850-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CASA DIMITRI CORP., c/o Zoe Gomez, Registered Agent
20161 N.E. 16th Place
North Miami Beach, FL 33179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Glen H. Waldman, Esq.
Heller Waldman, PL
3250 Mary Street, Suite 102
Coconut Grove, FL  33133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date:  03/09/2016

**SUMMONS**

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| TM BRANDS, LLC, a Florida limited liability company,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CASA DIMITRI CORP. d/b/a DIMITRI & CO., a Florida corporation; DIMITRI & COMPANY EYE WEAR, INC., a Florida Corporation; DIMITRI LAMPRU, individually<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 16-cv-20850-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DIMITRI & COMPANY EYE WEAR, INC., c/o Demetrio H. Lampru, Registered Agent
20161 N.E. 16th Place
North Miami Beach, FL 33179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Glen H. Waldman, Esq.
Heller Waldman, PL
3250 Mary Street, Suite 102
Coconut Grove, FL  33133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Steven M. Larimore
Clerk of Court

Date:   03/09/2016

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| TM BRANDS, LLC, a Florida limited liability company, <br><br> *Plaintiff(s)* <br><br> v. <br><br> CASA DIMITRI CORP. d/b/a DIMITRI & CO., a Florida corporation; DIMITRI & COMPANY EYE WEAR, INC., a Florida Corporation; DIMITRI LAMPRU, individually <br><br> *Defendant(s)* | Civil Action No. 16-cv-20850-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DIMITRI LAMPRU
20161 N.E. 16th Place
North Miami Beach, FL 33179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Glen H. Waldman, Esq.
Heller Waldman, PL
3250 Mary Street, Suite 102
Coconut Grove, FL  33133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date:  03/09/2016

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts

SUMMONS