# VERIFIED RETURN OF SERVICE

STATE OF FLORIDA          UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 16-CV-20850-KMW

PLAINTIFF:
TM BRANDS  LLC.  C FLORIDA LIMITED LIABILITY COMPANY
vs.
DEFENDANT:
CASA DIMITRI CORP., D/B/A DIMITRI & CO., A FLORIDA CORPORATION; DIMITRI AND COMPANY EYE WEAR, INC., A FLORIDA CORPORATION; DIMITRI LAMPRU, INDIVIDUALLY,

Pursuant to the request of **GLEN H. WALDMAN, ESQ., HELLER WALDMAN, P.L.,** whose office is located at **3250 MARY STREET SUITE 102, COCONUT GROVE FL  33133**, ESQ. Legal Support Services, Inc. received this process on **March 9, 2016**, at **10:00 AM**.

I, **ALBERT RIVERA,** served same on **CASA DIMITRI CORP., C/O ZOE GOMEZ, REGISTERED AGENT**, at **20161 NE 16 PL NORTH MIAMI BEACH, FL 33179** on **MARCH 9, 2016** at **11:57 AM.**

### CORPORATE SERVICE

By serving a true copy of the **SUMMONS AND COMPLAINT** with the date and time of service endorsed thereon by me, to: **DIMITRI AND COMPANY EYE WEAR, INC., C/O DEMETRIO H. LAMPRU,** as **AUTHORIZED AGENT / EMPLOYEE AUTHORIZED TO ACCEPT SERVICE** or any employee of defendant corporation in the absence of any superior officer as defined in Florida Statute, Section 48.081 when defendant's corporation does not keep a registered agent present as required by F.S. Section 48.091.

### ADDITIONAL COMMENTS:

**I ACKNOWLEDGE** that I am authorized to serve process, in good standing, in the jurisdiction wherein this process was served, and that I have no interest in the above action.  Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

ALBERT RIVERA, C.P.S. # 1921
*ESQ. Legal Support Services, Inc.*
*9737 NW 41 Street, Ste. 444*
*Miami, FL 33178*
*305-460-8077*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| TM BRANDS, LLC, a Florida limited liability company, <br><br> *Plaintiff(s)* <br> v. <br> CASA DIMITRI CORP. d/b/a DIMITRI & CO., a Florida corporation; DIMITRI & COMPANY EYE WEAR, INC., a Florida Corporation; DIMITRI LAMPRU, individually <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 16-cv-20850-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CASA DIMITRI CORP., c/o Zoe Gomez, Registered Agent
20161 N.E. 16th Place
North Miami Beach, FL 33179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Glen H. Waldman, Esq.
Heller Waldman, PL
3250 Mary Street, Suite 102
Coconut Grove, FL  33133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: _____03/09/2016_____

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                *Server's signature*

                                _____
                                *Printed name and title*

                                _____
                                *Server's address*

Additional information regarding attempted service, etc: